1  Desmond J. Hinds (CASB No. 105831)
       dhinds@hinshawlaw.com
2  Linda L. Streeter (CASB No. 105950)
       lstreeter@hinshawlaw.com
3  Amy K. Jensen (CASB No. 226589)
       ajensen@hinshawlaw.com
4  HINSHAW & CULBERTSON LLP
   11601 Wilshire Boulevard
5  Suite 800
   Los Angeles, CA 90025
6  Telephone:  310-909-8000
   Facsimile:   310-909-8001
7
   Attorneys for Defendant
8  GC SERVICES LIMITED PARTNERSHIP

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    (EASTERN DIVISION)

13  PAUL SCIANNI,                 ) Case No. 08-CV-4313-GAF (MANx)
                                  ) [Hon. Gary A. Feess; Courtroom "740"]
14              Plaintiff,        )
                                  ) **STIPULATION AND [PROPOSED]**
15       v.                       ) **ORDER RE DISMISSAL**
                                  )
16  GC SERVICES LIMITED           )
    PARTNERSHIP,                  )
17                                )
                Defendant.        )
18                                )
                                  )
19  _____  )

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL   08-CV-4313-GAF (MANx)
                                                31120387v1 891191 46121

## STIPULATION

It Is Hereby Stipulated, by and between the parties hereto, through their respective counsel that the within proceeding be dismissed with prejudice, and each party to bear his, her or its own fees and costs.

Dated: September 11, 2008          LEGAL HELPERS, P.C.


                                   By:   /s/ Richard Gustafson, Jr.
                                         RICHARD GUSTAFSON, Jr.
                                         Attorneys for Plaintiff
                                         PAUL SCIANNI


Dated: September 11, 2008          HINSHAW & CULBERTSON LLP


                                   By:   /s/ Linda L. Streeter
                                         LINDA L. STREETER
                                         Attorneys for Defendant
                                         GC SERVICES LIMITED
                                         PARTNERSHIP