Desmond J. Hinds (CASB No. 105831)
dhinds@hinshawlaw.com
Linda L. Streeter (CASB No. 105950)
lstreeter@hinshawlaw.com
Amy K. Jensen (CASB No. 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| PAUL SCIANNI, | **Case No. 08-CV-04313-GAF (MANx)** |
| Plaintiff, | [Hon. Gary A. Feess; Courtroom "740"] |
| v. | **ORDER RE DISMISSAL** |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this proceeding be dismissed with prejudice based on the Stipulation of the parties through their respective counsel, each party to bear his, her or its own fees and costs.

Dated: September 12 , 2008       By: _____
                                      Hon. Gary A. Feess

1
STIPULATION AND ORDER RE DISMISSAL    08-CV-4313-GAF (MANx)
31120414v1  891191  46121

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28